IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

FILED
HARRISBURG, PA
OCT 21 2019
PER _____
DEPUTY CLERK

| | | |
|---|---|---|
| ONOFRIO POSITANO, | : | CIVIL ACTION - LAW |
| PLAINTIFF | : | NO. 1:19-cv-1820 (MCC) |
| V. | : | WITH JURY TRIAL DEMAND |
| OFFICE OF GOVERNOR COMMONWEALTH | : | |
| OF PENNSYLVANIA; GOVERNOR TOM WOLF; | : | |
| COMMONWEALTH OF PENNSYLVANIA'S | : | |
| DEPARTMENT OF CORRECTIONS; | : | |
| JOHN WETZEL, SECRETARY, | : | |
| INDIVIDUALLY, et al., | : | |
| DEFENDANTS | : | |

## COMPLAINT PURSUANT TO 42 U.S.C. 1983 FOR VIOLATIONS OF THE EIGHTH AMENDMENT OF THE UNITED STATES CONSTITUTION CRUEL AND UNUSUAL PUNISHMENT

### I. INTRODUCTION

This is a civil action - law pursuant to 42 U.S.C. 1983 for violations of the Eighth Amendment of the United States Constitution, Cruel and Unusual Punishment, of Plainitiff's civil rights filed by Onofrio Positano, Plaintiff.

### II JURISDICTION

This court has proper jurisdiction over the Plaintiff's claims as to violations of his civil rights pursuant to 42 U.S.C. 1983 of the United States Constitution, Eighth Amendment, Cruel and Unusual Punishment, as Plaintiff can bring federal violation claims to state courts and all events occured within this Court's jurisdiction.

### III. PARTIES

1. Plaintiff, Onofrio Positano, is an inmate at SCI Mahanoy-301 Morea Road-Frackville PA 17932, now and during the events alleged and described in this complaint.

2. Defendant, Office of Governor of Commonwealth of Pennsylvania had offices at Main Capital Bldg. 3rd and State Streets, Harrisburg PA 17120, and acted under the color of state law. They are sued in there individual and official capacity.

3. Defendant, Governor Tom Wolf, is governor of the Commonwealth of Pennsylvania, with offices at Main Capital Bldg. 3rd and State Streets Harrisburg, PA 17120, and acted under the color of state law. He is sued in his individual and official capacity.

4. Defendant, Commonwealth of Pennsylvania's Department of Corrections located at 1920 Technology Pkwy. Mechanicsburg PA 17050, and acted under the color of state law. They are sued in their individual and official capcity.

5. Defendant, John Wetzel is Secretary of the Commonwealth of Pennsylvania's Department of Corrrections located at 1920 Technology Pkwy. Mechanicsburg PA 17050, and acted under the color of state law. He is sued in his individual and official capcity.

## IV. FACTS

1. Plaintiff alleges that, for over (10) ten years, he has been given numerous medications for his extreme gastro esophageal reflux disease,(here after GERDS), presribed by board certified gastro endologists at Geisinger Medical Center and the medical doctors and medical director at SCI Mahanoy.

2. Plaintiff alleges that, he was on the following medications during this period above: Zantac 300 mgs., two times daily; Protonics once daily; Gaviscon tablets 200mgs. 2 tablets 4 times daily. Since 2009 these were prescribed and taken.

3. Plaintiff avers that, he was diagnosed with Barrett's Syndrome, this condition causes narrowing at the lower end of the oesophagus (gullet) from stomach acid reflux (GERDS). Refluz oesophagitis causes inflammation and ulceration of the lower part of the oesophagus and if left untreated for years, repeated irratation causes scarring and narrowing. The patient suffers from difficult and painful swallowing as well as the symptoms of reflux oesophagitis. The diagnosis is confirmed by a barium meal x-ray or gastroscopy. Medication can be used to control acid reflux, (GERDS), or the stricture can be dialated by passing gradually larger dilators down the throat while the patient is anecithetesed. Occassionally, more radical surgery is required. **(See Exhibit A from Mayo Clinic's Medical Guide.**

4. Plaintiff avers that, on (2) two seperate occassions, gatroscopy procedures were performed on him at Geisinger Medical Center. Lesions were discovered and biopsies taken, at that time, thank God, they were benign. The prognosis by the endocologist was boardline to the possibilty of it furthering to

oesophageal cancer which, has only a 5% survival rate,**(See Exhibit B Mayo Clinic's Medical Guide).** Plaintiff was ordered to change the Zantac and Protonics to 40mgs of Prilosec taken once per day; continue the Gaviscon and be re-examined yearly.

5. Plaintiff avers that, the orders of the Geisinger specialists was ignored by the defendants as to the yearly re-examinatins and since over (1) one year, the Prilosec and Gaviscon have been discontinued by the defendant's medical providers.

6. Plaintiff avers that, he suffers to date, with extreme GERDS, the acid reflux is constant day and night, swallowing is painful and extremely difficult. Although, the medical providers have been notified by sick calls and through the facility grievance system, they refuse to supply the life threatending medications as prescribed and taken for years. Plaintiff was told by a physicians assistant at SCI Mahanoy, that the medical providers "won't pay for the medications."

7. Plaintiff avers that, even though this GERDS and Barrett's is an has been ongoing both with prior examinations and medications, the defendants now are stating that it is a "non chronic" problem. Plaintiff avers that, per Webster's definition "Chronic, is of long duration, continuing, prolonged, lingering." The defendants on their own wish to redefine what the entire medical world sees and has listed as chronic.

8. Plaintiff avers that, the willful, knowing and deliberate indifference of the defendants have put him in a extremely possible life threatening situation which, could in futures causes cancer. This deprivation by the defendants us irreparable and have and will, continue to have irreparable damage to the Plaintiff, physically, emotionally and finacially.

### V. LEGAL CLAIMS

9. Plaintiff, re-alleges and incorporates by reference paragraphs 1-8.

10. The actions of deprivation of seriously needed medications and examinations as prescribed by Geisinger Medical Center's board certified gastro specialists along with their willfully, knowledgeably, deliberate indifferent and complete refusal to rectify this serious medical need for over a year, causing physical, emotional and financial irreparable damage to Plaintiff comitted by all defendants, violates Plaintiff's civil rights and constitutes violations of the United States Constitution's Eighth Amendment Cruel and Unusual Punishment, by all defendants individually and combined.

11. Plaintiff, has no plain, adequate or complete remedy at law, to redress the wrongs herein. Plaintif, has been and will continue to be irreparably injured by the conduct of all the defendants, unless this

Court, grants, the declaratory and injunctive relief which, Plaintiff seeks.

12. Plaintiff, is a 74 year old male who, due to the blatant acts of deprivation committed by defendants is unable to live a normal, healthy life, instead, he suffers daily from pain and inability to live and perform normally even, his loss of eating ability.

### VI. PRAYER FOR RELIEF

A. Issue a declaratory injunction, that the acts and omissions described herein violated Plaintiff's civil rights pursuant to 42 U.S.C. 1983, the Eighth Amendment. Cruel and Unusual Punishment of the United States Constitution.

B. Issue and injunction, ordering:

All defendants pay for the examination by a board certifed specialist and supply the appropriate prescribed medications fortwith.

C. Award Compensatory damages as follows:

$2,500,000.00 in total against all defendants Office of Governor of the Commonwealth of Pennsylania; Governor Tom Wolf; Commonwealth of Pennsylvania's Department of Corrections; and John Wetzel Secretary, for servere physical, emotional and financial damages sustained as a result of this deliberate deprivation of life threatening medications and examinations.

D. Award Punative damages in the following amounts:

$500,000,00, against defendents, Office of Governor of the Commonwealth of Pennsylvania; Governor Tom Wolf; Commonwealth of Pennsylvania's Department of Corrections; and John Wetzel, Secretary individually.

E. Plaintiff, seeks a jury trial on all triable issues.

F. Grant such other relief as it may appear that the Plaintiff is entitled , including costs.

### VII. CONCLUSION

The fact that the cost may be expensive does not excuse prison officials form providing them. **(See Harris v. Thigpen, 941 F. 2d 1495,1509 (11th Cir. 1991); Langley v Coughlin, 888 F. 2d at 254; Ancata v. Prison Health Service Inc., 769 F. 2d 700, 705 (11th Cir. 1985); Rosado v. Alameda, 221 F. Supp. 2d 1340, 1348 (S.D. Cal. 2004);Kosilek v. Mahoney, 221 F. Supp. 2d 156, 161 (D. Mass. 2002); Yarbaugh v. Roach, 736 F. Supp. 318, 320 n.7 (D.D.C. 1990_.**

The Supreme Court has stated the "deliberate indifference to serious medical needs of prisoners constitutes the 'unnecessary and wanton infliction of pain'........ proscribed by the Eighth Amendment. **(See Erickson v. Pardus, 551 U.S. 89, 94, 127 S.CT. 2197 (2007) )per curiam)(allegation that a prison doctor stopped plaintiff's Hepatitis C medication, even though he had commenced a one year treatment program and needed threatmentfor the disease pled and Eighth Amendment claim).**

Failure to carry out medical order is in violation. **(See Johnson v. Wright, 412 F. 3d 398, 406 (2nd Cir. 2005)(denial of Robarton therapy for Hepatitis C contrary to the recommendations of all plaintiff's treating physicians).**

The low grade to non existent medical care afforded human beings, is appalling! Any long term stay in a PA DOC facility causes major physical damage to the inhabitants! Internal organ damages i.e. heart disease; liver and kidney damage, muscle and bone deteriation. All brought on with deliberate knowledge of violation of the Eighth Amendment cruel and unusual punishment. The use by the DOC of third party providers who are strictly interested in their "bottomline" inflicts huge and irreparable physical damages upon human beings. Delayed diagnosis; refusal to follow prescribed treatments and medication of outside specialists, land hazardess removal of medications which are needed. This deprivation is continually ignored and pushed off as the "whining of inmates".

Respectfully submitted this 28th day of September 2019

x _(signature)_

Onofrio Positano
#HK-6579
301 Morea Rd
Frackville PA 17932