IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

FILED
HARRISBURG, PA
MAR 25 2020
PER _____
DEPUTY CLERK

ONOFRIO POSITANO,
    PLAINTIFF

v.

COMMONWEALTH OF PENNSYLVANIA
DEPARTMENT OF CORRECTION'S
BUREAU OF HEALTH CARE SERVICES;
CORRECT CARE SOLUTIONS; WELL
PATH MEDICAL; JOSEPH SILVA;
COURTNEY RODGERS; JOHN STEINHART,
    INDIVIDUALLY, ET. al.,
    DEFENDANTS

CIVIL ACTION - LAW

NO. 1:19-CV-1820

CHIEF JUDGE CONNOR

WITH JURY TRIAL DEMAND

## FIRST AMENDED COMPLAINT

### INTRODUCTION

This is a Civil Rights action filed by Onofrio Positano, a state prisoner, for damages and injunctive relief under 42 U.S.C. 1983, alleging denial of medical care and treatment in violation of the Eighth Amendment of the United States Constitution.

### JURISDICTION

1. The Court has jurisdiction over the Plaintiff's claims of

- 1 -

violation of federal constitutional rights under 42 U.S.C. 1331(i) and 1343.

## PARTIES

2. The Plaintiff, Onofrio Positano, was and is incarcerated at SCI Mahanoy, 301 Morea Rd, Frackville PA 17932 during events described in this complaint.

3. The Defendant, Commonwealth of Pennsylvania Department of Correction's Bureau of Health Care Services is and was located at 1920 Technology Pkwy., Mechanicsburg PA. 17050, they are sued in their individual and official capacities.

4. The Defendant, Correct Care Solutions, is and was the medical provider for the Commonwealth of Pennsylvania's Department of Corrections, they are located at 1283 Murfreesboro Rd. Nashville Tenn. 37217, they are sued in their individual and official capacities.

5. The Defendant, Well Path Medical, is and was the medical provider for the Commonwealth of Pennsylvania's Department of Corrections, they are located at 1283 Murfreesboro Rd. Nashville Tenn. 37217, they are sued in their individual and official capacities.

- 2 -

6. THE Defendant, Joseph Silva, is the Director of the Commonwealth of Pennsylvania Department of Correction's Bureau of Health Care Services, located at 1920 Technology Pkwy., Mechanicsburg PA. 17050, he is sued in his individual and official capacities.

7. The Defendant, Courtney Rodgers, is the Medical Director for SCI Mahanoy at 301 Morea Rd, Frackville PA 17932, he is sued in his individual and official capacities.

8. The Defendant, John Steinhart, is Correctional Health Care Administrator at SCI Mahanoy, 301 Morea Rd Frackville PA 17932, he is sued in his individual and official capacities.

## FACTS

9. Plaintiff alleges that, for over (10) ten years, he has been given numerous medications for his extreme chronic gastro esophageal reflux disease, (G.E.R.DS), prescribed by board certified gastro endologists at Geisinger Medical Center and the medical doctors and medical directors at SCI Mahanoy.

10. Plaintiff alleges that, he was on the following medications during this (10) ten years period: Zantac 300 mgs.

- 3 -

two times daily; Protonics once daily; Gaviscon tablets, 200 mgs. 2 tablets 4 times daily. Since 2009 these were regularly prescribed and taken.

11. Plaintiff avers that, he was diagnosed with Barrett's Syndrome, this condition causes narrowing at the lower end of the oesophagus (gullet) caused from stomach acid reflux (GERDS). Reflux oesophagitis causes inflamation and ulceration of the lower part of the oesophagus and if left untreated, repeated irration causes scarring and narrowing. The patient suffers from difficult and painful swallowing as well as the symptoms of reflux oesophagitis. The diagnosis is confirmed by a barium meal x-ray or gastroscopy. (See Exhibit A).

12. Plaintiff avers that, on (2) two seperate occassions gastroscopy procedures were performed on him at Geisinger Medical Center. Lesions were discovered and biopsies taken, they were benign. However, prognosis by the endocologist was that of the strong possibility of it progressing to oesophageal cancer, which has only a 5% survival rate. (See Exhibit B). Plaintiff was ordered to change the Zantac and Protonics to 40 mgs. of Prilosec and to continue the Gaviscon and further to be re-examined yearly.

-4-

13. Plaintiff avers that, the order for yearly re-examinations has been ignored by the defendants to this very date (in excess of 4yrs.) and approx. in February 2019 the Prilosec and Gaviscon were discontinued by the defendants stating that this was not a chronic illness. (See Exhibit C Answers to grievances filed).

14.) Plaintiff avers that, he was informed by a physicians assistant at SCI Mahanoy that, "the medical providers won't pay for the medications."

15.) Plaintiff avers that, on February 12, 2020 at Chronic Clinic a Dr. Loscalzo informed him that his GERDS was extreme and chronic and that the Prilosec was once again being issued as prior and renewed every six months at Chronic clinic

16.) Plaintiff avers that, this admission of his GERDS being extreme and chronic prove clearly of the defendants willful, and deliberate indifference to his Chronic disease and the lack of re-examinations ordered by Getsinger's endocologist for over 4yrs. has put his life in jeopardy of possible cancer.

- 5 -

17. Plaintiff avers that, even though he, numerous times complained the defendants continued this deprivation of his life saving medications and re-examinations. Denying, in answers to his grievances that this was not chronic. (See Exhibit C).

18. Plaintiff avers that, the life threatening danger he has now been placed in clearly violates his civil rights under the Eighth Amendment.

19. Plaintiff avers that, this deprivation by the defendants with deliberate indifference, to his wellbeing and life is irreparable and have and will continue to have irreparable damage to him physically, emotionally, and financially.

19(a). Plaintiff avers that, all the defendants are culpable and liable for redress as follows:

(a) Defendant, Commonwealth of Pennsylvania Department of Corrections Bureau of Health Care Services was totally aware of the deprivation and the Plaintiff's medical history of extreme "GERDS" and knew full well what medications he was on and for how long, as the letter from Joseph Silva, Director verifies. (See Exhibit E).

(b.) Defendant, Joseph Silva, Director of the Bureau of Health Care Services, by his own admission, approved this deprivation and referred Plaintiff to defendant John Steinhart, who did absolutely nothing and was totally stoic to this extreme life threatening situation

(c.) Defendants, Correct Care Solutions and Well Path Medical, both suspiciously showing the exact same corporate address, were key-violators of the Plaintiff's civil rights as they were the controllers who directed the medical staff to stop the Plaintiff's life saving medications and stated, in point #14 above, for monetary reasons. The Court, should duly note that these two (or possibly one in the same), defendants are contracted medical providers who, by the "Symbiotic relationship," with the defendant Commonwealth of Pennsylvania Department of Corrections Bureau of Health Care Services, acted in STATE color and therefore are liable for redress.

-7-

(d.) Defendant, John Steinhart, the Correctional Health Care Administrator for SCI Mahanoy, was Aprised and fully knowledgeable as early as August 17, 2018, as to this deprivation as Plaintiff filed a grievance on August 17, 2018 and it was answered by one of the defendants Nurse supervisors, Patricia Howell, RNS (See Exhibit D), Stating that no longer would these life saving medications, which, Plaintiff has taken for over 10 yrs. and are extremely needed, be reissued and that the alternative, medication sold on SCI Mahanoy's commissary would do. However, the sole medication available was Famotidine a very weak only 10 mg. pill that does nothing versus the Prilosec 40 mg. and Gaviscon etc., that Plaintiff had been prescribed and taken on a daily basis for over 10 yrs. Even with the knowledge of Plaintiff's medical records of "Bennett's Syndrome" and two biopsies at Geisinger Medical Center, still, the defendants did nothing to rectify this problem putting Plaintiff at a life threatening risk.

- 8 -

(e.) Plaintiff, avers that, with deliberate indifference proven by their total and complete lack of care and concern, all defendants, did deprive him of his life saving medications and refused to follow the directives of the board certified physicians for annual testing of his oesophagus, thereby, violating his civil rights under the Eighth Amendment of the United States Constitution.

## LEGAL CLAIMS

20. Plaintiff, re-alleges, and incorporates by reference, paragraphs 1 through 19(e).

21. The actions of deprivation of seriously needed medications and examinations annually, as prescribed by Geisinger Medical Center's board certified gastro specialists, along with the defendant's willful, knowledgeable, deliberate indifference and complete

- 9 -

Refusal to rectify this extremely serious life threatening need for over a year, which they have now admitted to at the February 12, 2020 chronic clinic by Dr. Loscalzo's statement and action of reissuance of Prilosec, has caused physical, emotional and great financial irreparable damage to the Plaintiff committed by all defendants, violates his civil rights and constitutes violations of the Eighth Amendment of the United States Constitution.

22. Plaintiff, has no plain adequate or complete remedy at law, to redress the wrongs herein. Plaintiff, has been and will continue to be irreparably injured by the conduct of all the defendants, unless this Court grants, the declaratory and injunctive relief which, Plaintiff seeks.

23. Plaintiff, is a 74 yr. old male who, due to this blatant act of deprivation committed by all defendants is unable to live a normal, healthy life; instead, he suffers daily from pain and inability to live and perform normally even his loss of eating ability.

## PRAYER FOR RELIEF

A. Issue a declaratory injunction, that acts and ommissions described herein violated Plaintiff's civil rights pursuant to 42 U.S.C. 1983 the Eighth Amendment of the United States Constitution.

B. Issue an injunction, ordering:
All defendants pay for the examination by a board certified specialist and supply the appropriate medication prescribed by same.

C. Award Compensatory damages as per this deserves.

D. Award Punative damages equal to the pain and financial strain the defendants have inflicted.

E. Plaintiff, seeks a jury trial on all triable issues.

F. Grant such other relief as it may appear that the Plaintiff is entitled, including costs

-11-

## CONCLUSION

For more than one year the defendants have deprived the Plaintiff of medications, examinations and treatments that he has had for over 8 yrs, with full knowledge, willful indifference, deliberately putting him in life threatening possibility of contracting cancer. Denying that this was a chronic illness even when proven by outside examinations, biopsys and directives from board certified physicians. And then only after being advised of pending civil action did the defendant finally admit to this disease of the Plaintiff as chronic and extreme and reissue only one of the deprived medications and still refuse the re-examinations as ordered. They did not prove deliberate indifference they demonstrated it and finally admitted to it.

Respectfully submitted this 23rd day of March, 2020

Onofrio Rosirado
# HK-6579
301 Morea Rd
Frackville PA 17932

-12-

Stuart Communications / PaDoc
Ondrio Robinson / HK 6579
SCI Mahanoy
P.O. Box 33028
St. Petersburg FL 33733

RECEIVED
HARRISBURG PA
MAR 25 2020
PER _____
DEPUTY CLERK

Office of The Clerk
United States District Court
Middle District of Pennsylvania
U.S. Courthouse
228 Walnut Street
P.O. Box 983
Harrisburg PA 17108

INMATE MAIL
PA DEPT OF CORRECTIONS



US POSTAGE >>> PITNEY BOWES
ZIP 17932 $001.80°
0000364159 MAR 24 2020

